PER CURIAM.
*905 We originally accepted jurisdiction to review Scott v. Trotti , 43 Fla. L. Weekly D1691, --- So.3d ----, 2018 WL 3580761 (Fla. 1st DCA July 26, 2018), pursuant to article V, section 3(b)(3) of the Florida Constitution. After further consideration, we conclude that jurisdiction was improvidently granted. Accordingly, we hereby discharge jurisdiction and dismiss this review proceeding.
It is so ordered.
CANADY, C.J., and POLSTON, LABARGA, and LAWSON, JJ., concur.
PARIENTE, J., dissents with an opinion.
LEWIS, J., dissents with an opinion.
QUINCE, J., dissents with an opinion, in which PARIENTE, J., concurs.